IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **THE UNITED STATES for the use and benefit of CARPENTER CONSTRUCTION, INC.,** | : : : : |
| Plaintiff, | : Civil Action No. : 5:09-CV-57(HL) |
| v. | : : |
| **CAPITAL CONSTRUCTION COMPANY and WESTERN SURETY COMPANY,** | : : : |
| Defendants. | |

# ORDER

On July 14, 2009 this Court held a telephone conference to discuss Defendant Capital Construction Company's Motion to Compel Arbitration and for Stay of Court Proceedings (Doc. 7). The parties agreed to proceed with arbitration and to stay the proceedings until November 12, 2009. The parties are therefore ordered to proceed with arbitration and to conclude the same not later than November 12, 2009, until which date the case is stayed.

**SO ORDERED**, this the 16th day of July, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc